IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BLAKE PATRICK JEFFRIES,**
ADC #140177                                                                                               PLAINTIFF

v.                              Case No. 4:14-cv-00143 KGB

**SCOTT HUFFMAN, Sergeant,**
**Faulkner County Detention Center, et al.**                                                  DEFENDANTS

## ORDER

On April 7, 2014, the Court ordered Blake Patrick Jeffries to file, on or before May 7, 2014, an Amended Complaint so that 28 U.S.C. § 1915A screening could be completed (Dkt. No. 5).  Mr. Jeffries was advised that, if he failed to do so timely, this case would be dismissed pursuant to Local Rule 5.5(c)(2), which provides in part:  "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

As of the date of this Order, Mr. Jeffries has not complied with the Court's Order of April 7, 2014, and the time for doing so has passed.  Accordingly, this case is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 2nd day of July, 2014.

_____
Kristine G. Baker
United States District Judge