IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BLAKE PATRICK JEFFRIES,**
**ADC #140177**                                                                                              **PLAINTIFF**

v.                                    Case No. 4:14-cv-00143 KGB

**SCOTT HUFFMAN, Sergeant,**
**Faulkner County Detention Center, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 2nd day of July, 2014.

_____
Kristine G. Baker
United States District Judge